**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| VINCENT DEON BROWN, | § | |
| Movant, | § | |
| | § | |
| v. | § | Civil No. 3:18-CV-1411-D |
| | § | (Criminal No. 3:15-CR-543-D-2) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore ordered that, by judgment filed today, the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is dismissed without prejudice for failure to comply with a court order and for lack of prosecution. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED**.

January 29, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE